# THE UNITED STATES DISTRICT COURT
# DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JASON SCHWARZ,<br><br>Defendant. | Case No. 2:21-CR-00127-DBB<br><br>**ORDER OF FORFEITURE**<br><br>District Judge David Barlow |

The defendant has pleaded guilty. Dkt No. 9. Having examined his factual admissions in support of the plea, Dkt No. 12, and the government's Motion for Order of Forfeiture, and good cause appearing, the court makes the following findings:

1. As a result of a guilty plea to Fraud in the Offer and Sale of Securities (Count 1) in violation of 15 U.S.C. §§ 77q(a) and 77x of the Felony Information, under 18 U.S.C. § 981(a)(1)(C), and 28 U.S.C. § 2461(c) the defendant must forfeit to the United States any property, real or personal, which constitutes or is derived from proceeds traceable to such offense.

2. Based on the information provided in the government's motion, the Felony Information, and the guilty plea of the defendant that include his agreement

regarding the forfeiture, the court finds that: $784,882.74 is subject to forfeiture, that the defendant had an interest in said property, and that the government has established the requisite nexus between the subject property and the offense.

3. In accordance with Fed. R. Crim. P. 32.2(b)(1)(A), 18 U.S.C. § 981(a)(1)(C), and 28 U.S.C. § 2461(c), the court imposes a MONEY JUDGMENT against the defendant in the amount of $784,882.74 related to his Fraud in the Offer and Sale of Securities offense.

4. Upon the entry of this Order, in accordance with Fed. R. Crim. P. 32.2(b)(3), the United States may conduct any discovery proper in identifying, locating, or disposing of any property of the defendant's that could be used to satisfy the judgments.

5. Under Fed. R. Crim. P. 32.2(c)(1), no ancillary proceeding is required because this order only imposes a money judgment.

6. Under Fed. R. Crim. P. 32.2(b)(4), this Order of Forfeiture shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and referenced in the judgment.

7. To satisfy the money judgment in whole or in part, the United States may move at any time pursuant to Rule 32.2(e) to amend this order of forfeiture to forfeit substitute property having a value not to exceed $784,882.74.

8. The Court shall retain jurisdiction to enforce this Order, and to amend it as necessary under Fed. R. Crim. P. 32.2(e).

**IT IS SO ORDERED.**

Dated this 6th day of October, 2021.

_____
DAVID BARLOW, District Judge
United States District Court